United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN C. COFFER,

    Plaintiff,

v.

ERICSON, et al.,

    Defendants.

Case No. 23-cv-04295-KAW

**ORDER GRANTING MOTION FOR PERMISSION TO FILE BY MAIL; ORDER OF TRANSFER**

    Plaintiff, a California state prisoner incarcerated at Salinas Valley State Prison (SVSP) proceeding *pro se*, attempted to file a civil rights complaint by mail on August 21, 2023. ECF 1. The Clerk of the Court informed plaintiff that the Court and the California Department of Corrections and Rehabilitation require prisoners at SVSP filing section 1983 cases to submit case-initiating documents, including complaints and applications to proceed *in forma pauperis* (IFP), to the Court using prison email filing procedures pursuant to General Order No. 76. The Clerk directed plaintiff to resubmit his complaint and IFP application using the prison email filing procedures or to file a motion for leave to file his section 1983 complaint by postal mail. ECF 1. Plaintiff filed a motion for permission to file his case-initiating documents by postal mail, stating that because he is currently housed in the administrative segregation unit, he cannot go to the library to file them. ECF 4. Plaintiff's motion is GRANTED.

    Plaintiff's complaint alleges inadequate mental health care at California State Prison, Sacramento (SAC), where he was previously housed. When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is

situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Sacramento County, which is in the Eastern District of California. Furthermore, all defendants reside in the Eastern District of California. Venue, therefore, properly lies in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1]

## INSTRUCTIONS TO CLERK

The Clerk is instructed to docket plaintiff's case-initiating documents, terminate any pending motions, and transfer the case to the Eastern District of California forthwith.

**IT IS SO ORDERED.**

Dated: October 25, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).