UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPER COFFER, | No. 2:23-cv-02474-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ERICSON, et al., | |
| Defendants. | |

Plaintiff Jonathan Christopher Coffer ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days.  (ECF No. 53.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 53) are ADOPTED IN FULL; and

2. For the reasons set forth in the February 6, 2025 Screening Order (ECF No. 51 at 5–6, 10–

1 | 11), Doe defendants and defendants Grigsby and the California Department of Corrections
2 | and Rehabilitation ("CDCR") are DISMISSED without prejudice.
3 | IT IS SO ORDERED.
  | Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2