UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:23-cv-2474 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| ERICSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests for clarification and motion for subpoena. ECF Nos. 73, 74.

Plaintiff seeks clarification regarding the court's minute order directing the parties to submit confidential settlement conference statements to the court via email seven (7) days prior to the settlement conference and to file a "Notice of Submission of Settlement Conference Statement." ECF No. 73. Plaintiff indicates he does not know how to do this. Id. Plaintiff is informed that a "Notice of Submission of Settlement Conference Statement" is a document filed in the case notifying the court that the party has submitted the confidential settlement conference statement via email. On August 18, 2025, the court received plaintiff's request for confirmation that his settlement statement was received. ECF No. 68. The court responded via minute order, confirming receipt. ECF No. 69. Plaintiff again sought confirmation on August 25, 2025, and the

1

1  court mailed a courtesy copy of the docket sheet.  Because plaintiff's requests for confirmation,
2  ECF Nos. 68, 71, function as a notice to the court that he has submitted he confidential statement,
3  plaintiff need not take further action.

4     Plaintiff's motion for subpoena seeks a copy of a document in plaintiff's petition filed in
5  case No. 2:22-cv-1368 DAD (PC).  ECF No. 74.  Plaintiff indicates he does not have money to
6  pay for a copy of the document.  Id.  Although plaintiff labels his filing as a motion for subpoena,
7  it appears to be a request for a copy of a petition in another case.  It also appears plaintiff was
8  previously informed of the procedure for obtaining a copy of the petition in Coffer v. Grigsby,
9  No. 2:22-cv-1386 DAD ("Coffer v. Grigsby").  Coffer v. Grigsby, ECF No. 14.  Plaintiff is
10 reminded that the clerk's office will provide copies of documents at $0.50 per page.  The petition
11 in Coffer v. Grigsby is seven pages.  Coffer v. Grigsby, ECF No. 1.  Plaintiff is also informed that
12 there are no documents attached to or within his seven-page petition in Coffer v. Grigsby, or any
13 other filing in that case, and as such there are no responsive documents to his request.
14 Accordingly, plaintiff's request will be denied.

15     IT IS HEREBY ORDERD that:
16     1.  Plaintiff's request for clarification (ECF No. 73) is granted.
17     2.  Plaintiff's motion for subpoena (ECF No. 74) is construed as a request for copy and is
18 denied.  There are no responsive documents to plaintiff's request.

19 DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2