UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

    Plaintiff,

v.

ERICSON, et al.,

    Defendants.

No. 2:23-cv-2474 TLN AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a third request for status regarding whether the Attorney General's Office has received his dispositional documents. ECF No. 93. Defense counsel filed the stipulations for voluntary dismissal on November 10, 2025 (ECF Nos. 87, 88) and this case was dismissed (ECF No. 89). It therefore appears that the Attorney General's Office received plaintiff's documents. Plaintiff is advised that any further requests regarding whether defense counsel has received documents or regarding the status of his settlement funds should be sent directly to defense counsel, not to the court.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for status (ECF No. 93) is GRANTED to the extent the status of this case has been provided above.

DATED: December 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE